DOROTHY MAEDL, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant, Impleaded with Another.

Argued December 2, 1940; decided December 31, 1940.

*Albert M. Kraus, John J. Sullivan, Jr.,* and *Ralph K. Robertson* for appellant.

*Edward B. Horning* and *William J. Brock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.